**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL CERVANTES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NEWCOMER, et al.,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-02658-PA-JC<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 6, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE